STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KIRK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 12-868 LB |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| BRITTANY KIRK, | ) | |
| Defendant. | ) | Date:   June 27, 2013<br>Time:   10:00 a.m.<br>Court:  The Honorable Laurel Beeler |

<u>STIPULATION</u>

The parties agree to continue the sentencing hearing in the above-captioned matter from June 27, 2013 until July 18, 2013 at 10:30 a.m.  The purpose of the continuance is due to defense counsel's unavailability and to allow the parties more time to review the draft Presentence Report.

Probation Officer Charlie Mabie has been contacted by defense counsel regarding the requested continuance, and has no objection to the new date.

IT IS SO STIPULATED.


DATED:    6/6/13                    _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender


DATED:    6/6/13                    _____/S/_____
                                    MARK PRICE WOLF
                                    Assistant United States Attorney

1                                     [PROPOSED] ORDER

2      Based upon the aforementioned representations of the parties, and for good cause shown, it is

3 hereby ORDERED that the sentencing in the aforementioned matter be continued from June 27,

4 2013 to July 18, 2013 at 10:30 a.m.

6 DATED: June 10, 2013

                                                    THE HONORABLE LAUREL BEELER
                                                    UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING Hearing
10-515 WHA                            - 2 -